# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE et al.,<br><br>*Defendants.* | Civil Action No.18-0568 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's July 31, 2018 Minute Order, Plaintiff American Oversight and Defendants U.S. Department of Agriculture ("USDA"), U.S. Department of Commerce ("DOC"), U.S. Department of Defense ("DOD"), U.S. Department of Education ("ED"), U.S. Department of Energy ("DOE"), U.S. General Services Administration ("GSA"), U.S. Department of Health and Human Services ("HHS"), U.S. Department of Homeland Security ("DHS"), U.S. Department of the Interior ("DOI"), U.S. Department of Justice ("DOJ"), U.S. Department of Labor ("DOL"), U.S. Department of Transportation ("DOT"), U.S. Department of the Treasury ("Treasury"); U.S. Department of Veterans Affairs ("VA"), Office of Management and Budget ("OMB"), and U.S. Department of State ("DOS"), by and through the undersigned counsel, submit this Joint Status Report in this Freedom of Information Act case.

1. Most Defendants represent that they have completed production of responsive, non-exempt records. Three Defendants continue to process Plaintiff's requests and require additional time to complete production of responsive records.

2. USDA represents that it has completed production of responsive, non-exempt records.

3. DOC has made an interim production of responsive records, and DOC plans to conduct additional searches and issue a final determination or production by December 14, 2018.

4. DOD represents that it has completed production of responsive, non-exempt records.

5. ED represents that it has no responsive records.

6. DOE has made interim productions of responsive records and intends to complete production of responsive records by December 20, 2018.

7. GSA represents that it has completed its production of responsive, non-exempt records.

8. HHS represents that it has completed its production of responsive, non-exempt records.

9. DHS headquarters, Immigration and Customs Enforcement, and the U.S. Citizenship and Immigration Services represent that they have responded to Plaintiff's FOIA request stating that after a reasonable search, they did not locate responsive records. The Federal Emergency Management Agency ("FEMA") represents that it has completed production of all responsive, non-exempt records. The parties are conferring regarding FEMA's redactions of those records under claim of FOIA exemption and attempting to avoid the need for dispositive briefing.

10. DOI represents that it has completed its production of responsive, non-exempt records.

11. DOJ has made an interim production of responsive records, and DOJ is now processing certain potentially responsive communications records, as agreed upon by the parties.

12. DOL represents that it has completed production of responsive, non-exempt records.

13. DOT represents that it has completed production of responsive, non-exempt records.

14. Treasury represents that it has completed production of responsive, non-exempt records.

15. VA represents that it has completed its production of responsive, non-exempt records.

16. OMB represents that it has completed its production of responsive, non-exempt records.

17. DOS represents that it has completed its production of responsive, non-exempt records.

18. The parties continue to confer regarding the adequacy of Defendants' searches and claims of exemptions, and some Defendants require additional time to complete processing and production of responsive records. The parties respectfully request additional time to determine whether dispositive briefing will be necessary in this action.

19. The parties propose to a further joint status report on December 20, 2018, updating the Court on the status of Defendant's processing of Plaintiff's requests.

November 9, 2018                    Respectfully submitted,

*/s/ Daniel A. McGrath*
Daniel A. McGrath
D.C. Bar No. 1531723
Sara Kaiser Creighton
D.C. Bar No. 1002367
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-4213
daniel.mcgrath@americanoversight.org
sara.creighton@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

By:  /s/_____
JOSHUA M. KOLSKY
Assistant United States Attorney
D.C. BAR #993430
Washington, D.C. 20530
Phone:  (202) 252-2541
Email:  joshua.kolsky@usdoj.gov

*Counsel for Defendants*